UNITED STATES DISTRICT COURT
MIDDLE DISTRICT OF FLORIDA
OCALA DIVISION

SHERRY JEAN BATISTA,

        Plaintiff,

v.                                      Case No. 5:21-cv-363-TJC-PRL

KILOLO KIJAKAZI,
Acting Commissioner of the
Social Security Administration,

        Defendant.

## O R D E R

This case is before the Court on plaintiff's appeal of an administrative decision denying her claim for disability insurance benefits under the Social Security Act (Doc. 1). The parties filed briefs and the administrative record and, upon review of these filings, the assigned United States Magistrate Judge issued a Report and Recommendation (Doc. 19) recommending that the Commissioner's decision be affirmed. Plaintiff filed objections (Doc. 22), to which the Commissioner responded (Doc. 23).

Upon de novo review, the Court agrees with the Magistrate Judge that the ALJ's decision is based on the correct legal standards and is supported by

substantial evidence.[1]

Accordingly, it is hereby

**ORDERED**:

1. Plaintiff's objections to the Report and Recommendation are **OVERRULED** and the Report and Recommendation of the Magistrate Judge (Doc. 19) is **ADOPTED** as the opinion of the Court.

2. The decision of the Commissioner is hereby **AFFIRMED**.

3. The Clerk is directed to enter judgment in favor of the Commissioner and against plaintiff, and close the file.

**DONE AND ORDERED** in Jacksonville, Florida this 27th day of September, 2022.



TIMOTHY J. CORRIGAN
United States District Judge

s.
copies:

Honorable Philip R. Lammens
United States Magistrate Judge

counsel of record

---

[1] The Court rejects plaintiff's contention that the Commissioner has waived any issues. Additionally, notwithstanding plaintiff's failure to raise the issue in her initial brief, the Magistrate Judge's Report and Recommendation discusses at various points the ALJ's evaluation of the relevant medical opinions. The Court has independently reviewed the ALJ's decision and finds his assessments comport with the proper legal standards.